Filed 3/19/26  P. v. Scott CA2/5

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FIVE

| | |
|---|---|
| THE PEOPLE, | B346633 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. NA122599) |
| v. | |
| MIESHA LICOLE SCOTT, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of Los Angeles County, James D. Otto, Judge.  Affirmed.

Richard B. Lennon, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

————————————

Miesha Licole Scott pleaded no contest to one count of attempted murder (Pen. Code,[1] §§ 187 & 664), arising out of an incident during a custody exchange in which Scott hit the victim with her vehicle. Scott admitted to having suffered a strike conviction under the Three Strikes law. (§§ 667 & 1170.12.) The trial court sentenced Scott to the middle term of seven years, doubled to 14 years pursuant to the Three Strikes law.

Scott timely appealed the judgment and requested a certificate of probable cause. The trial court took no action on the certificate of probable cause.

We appointed counsel. After reviewing the record, counsel filed an opening brief asking this court to review the record independently pursuant to *People v. Wende* (1979) 25 Cal.3d 436, 441 (*Wende*). On January 29, 2026, we advised Scott that she had 30 days to submit any contentions or issues she wished us to consider. No response has been received to date.

We have examined the entire record. We are satisfied no arguable issues exist and that Scott's counsel has fully satisfied his responsibilities under *Wende*. (*Smith v. Robbins* (2000) 528 U.S. 259, 279–284; *Wende, supra*, 25 Cal.3d at p. 441.)

---

[1] All further statutory references are to the Penal Code.

## DISPOSITION

The trial court's judgment is affirmed.
NOT TO BE PUBLISHED.


MOOR, J.

WE CONCUR:


BAKER, Acting P. J.


KIM (D.), J.